■ In the Matter of SAMUEL LEMKIN. — Petition for reinstatement held in abeyance pending proof of attendance at a New York State Bar review course, upon submission of which, if uncontested, petitioner shall be reinstated as an attorney and counselor at law in the State of New York, as indicated in the order of this court. Concur — Murphy, P. J., Kupferman, Sandler, Carro and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY SANDOVAL, Appellant. — Motion, insofar as it seeks leave to file a *pro se* supplemental brief, granted and the court accepts said brief; and insofar as it seeks reargument, the motion is granted, and upon reargument, the court adheres to its original determination. (91 AD2d 536.) Concur — Ross, J. P., Carro, Bloom and Kassal, JJ.